UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS ROSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1896 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

ORDER

On September 23, 2005, plaintiff filed a *pro se* complaint in this Court asserting violations of the Tax Code and regulations by officers or agents of the United States. Rule 11(a) of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or , if the party is not represented by an attorney, shall be signed by the party."  Rule 11(a) furthermore provides that "[a]n unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party."  Plaintiff Rose has not signed the complaint.  Accordingly, it is hereby

ORDERED that plaintiff shall, on or before October 14, 2005, file an amended complaint that includes plaintiff's signature.

SO ORDERED.

_____\s\_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 6, 2005