Dennis Rose,
713 S 120 Ave.
Avondale, AZ 85323

UNITED STATES DISTRICT COURT

Dennis Rose,

        Plaintiff(s),    ) Case No. 1:05cv01896

v.    ) OBJECTION TO CONVERSION

United States

        Defendant.

Plaintiff(s), Dennis Rose, **OBJECT(S)** to the Clerks conversion of the above entitled matter to the United States District Court for the District of Columbia. Such conversion is a violation of Title 26 U.S.C. §7433. Section 7433 specifically commands that the instant matter be filed in the district court of the United States. This Court is charged with full compliance with the law. This court has no statutory authority to hear this matter. The Clerk has no statutory authority to convert this matter to the United States District Court for the District of Columbia. Plaintiff expects that this Court will be in full compliance with the law as stated by the United States Congress.

Plaintiff(s) expect(s) that the matter will remain with the district court of the United States. Therefore plaintiff(s) demand(s) that the United States District Court for the District of Columbia remand the matter back to the district court of the United States which has statutory authority to hear the matter.

Dated _____, 2005

_____
Dennis Rose

Dennis Rose
713 S 120 Ave.
Avondale, AZ 85323

## UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Dennis Rose | ) | |
| | ) | Case No. 1:05cv01896 |
| | ) | |
| Plaintiff(s), | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| United States | ) | |
| Defendant. | ) | |

It is hereby ordered that the above entitled matter is remanded to the district court of the United States in Washington District of Columbia.

Dated _____, 2005

_____
\_\_\_\_\_Judge

Dennis Rose
713 S 120 Ave.
Avondale, AZ 85323

UNITED STATES DISTRICT COURT

| | |
|---|---|
| Dennis Rose <br><br>         Plaintiff(s), <br><br> v. <br><br> United States <br>         Defendant. | ) Case No. 1:05cv01896 <br> ) <br> ) MOTION TO SUBMIT FOR DECISION <br> ) <br> ) <br> ) <br> ) |

    Plaintiff(s), Dennis Rose, request(s) that the clerk of the court submit the following pleadings to the court for decision:

Plaintiff's Objection to conversion.

Plaintiff's order remanding the matter back to the district court of the United States in Washington District of Columbia.

    Dated _____, 2005

_____
    Dennis Rose