UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
DENNIS ROSE,                       )
                                   )
       Plaintiff,              )
                                   )
       v.                      )   Civil Action No. 05-1896 (PLF)
                                   )
UNITED STATES OF AMERICA,          )
                                   )
       Defendant.              )
_____)

## ORDER

The complaint in this case was filed on September 23, 2005, but there is no record that a copy of the complaint has been served on the defendants. Plaintiff's attention is directed to Fed. R. Civ. P. 4(m), which provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal, it is hereby

ORDERED that on or before July 14, 2006, plaintiff either cause process to be served <u>and</u> proof of service to be filed with the Court, or file a status report with the Court advising why service has not been made.

SO ORDERED.

                                                                       /s/_____
                                                                    PAUL L. FRIEDMAN
DATE: June 27, 2006                           United States District Judge