IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS ROSE, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01896 (PLF) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: August 2, 2006.

                                                Respectfully submitted,

                                                /s/ Beatriz T. Saiz
                                                BEATRIZ T. SAIZ
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227
                                                Ben Franklin Station
                                                Washington, DC 20044
                                                Phone/Fax: (202) 307-6585/514-6866
                                                Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

    IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on August 2, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Dennis Rose
        713 South 120 Avenue
        Avondale, AZ 85323

        /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ