IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DENNIS ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-01896 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on August 2, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Dennis Rose
>713 South 120 Avenue
>Avondale, AZ 85323

>    /s/ Beatriz T. Saiz
>    BEATRIZ T. SAIZ