UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
DENNIS ROSE,                            )
                                        )
                    Plaintiff,          )
                                        )
          v.                            )        Civil Action No. 05-1896 (PLF)
                                        )
UNITED STATES OF AMERICA,               )
                                        )
                    Defendant.          )
_____ )

ORDER AND JUDGMENT

On August 2, 2006, defendant filed a motion to dismiss the complaint under Rules 12(b)(1), (2), (3), (5) and (6) of the Federal Rules of Civil Procedure.  On September 7, 2006, the Court, as required by Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), directed plaintiff to respond to defendant's motion to dismiss by October 9, 2006.  That deadline has passed and plaintiff has filed no response.  The Court therefore will treat the motion to dismiss as conceded. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [9] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.


                                        _/s/_____
                                        PAUL L. FRIEDMAN
DATE: October 13, 2006                  United States District Judge